IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOHN DOE**, | : |
| | : |
| **Plaintiff**, | : |
| | : |
| v. | : |
| | : CIVIL ACTION NO._____ |
| **UNIVERSITY OF MASSACHUSETTS AMHERST**, **LOUIS B. WARD**, *Assistant Dean of Students, sued in his individual and official capacities,* **PATRICIA CARDOSO-ERASE,** *Associate Dean of Students, sued in her individual and official capacities,* **DEBORA D. FERREIRA,** *Title IX Coordinator, sued in her individual and official capacities,* | : |
| | : |
| **Defendants**. | |

## JOHN DOE'S UNOPPOSED MOTION FOR PERMISSION TO PROCEED UNDER PSEUDONYM

For the reasons stated more fully in the accompanying Memorandum of Law in Support of John Doe's Unopposed Motion for Permission to Proceed Under Pseudonym, Plaintiff "John Doe" hereby moves this Court to allow him to pursue relief in the above-captioned matter anonymously.

Respectfully submitted,

*/s/ Michael R. Schneider*
Michael R. Schneider, Esq.
(Mass. Bar No. 446475)
Good Schneider Cormier & Fried
83 Atlantic Avenue
Boston, MA 02110-3711
Tel:  (617) 523-5933
Email:  ms@gscfboston.com

                                              Patricia M. Hamill, Esq.
                                              (Pa. I.D. No. 48416)
                                              Lorie K. Dakessian, Esq.
                                              (Pa. I.D. No. 86102)
                                              *Motions Pro Hac Vice Pending*
                                              Conrad O'Brien PC
                                              1500 Market Street
                                              Centre Square – West Tower, Suite 3900
                                              Philadelphia, PA 19102-1921
                                              Tel:  (215) 864-9600
                                              Email: phamill@conradobrien.com
                                                        ldakessian@conradobrien.com

                                              *Attorneys for Plaintiff John Doe*

Dated:  October11, 2017