IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **JOHN DOE**, <br><br> **Plaintiff**, <br><br> v. <br><br> **UNIVERSITY OF MASSACHUSETTS AMHERST**, **LOUIS B. WARD**, *Assistant Dean of Students, sued in his individual and official capacities,* **PATRICIA CARDOSO-ERASE,** *Associate Dean of Students, sued in her individual and official capacities,* **DEBORA D. FERREIRA,** *Title IX Coordinator, sued in her individual and official capacities,* <br><br> **Defendants**. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : **CIVIL ACTION NO.**_____ <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

### ORDER

AND NOW, this \_\_\_\_\_ day of _____, 2017, upon consideration of Plaintiff's Unopposed Motion for Permission to Proceed Under Pseudonym and Memorandum of Law in support, it is hereby **ORDERED** that the Motion is **GRANTED.**  It is further **ORDERED** that Plaintiff is permitted to proceed in this matter under the pseudonym "John Doe" and is permitted to use the pseudonym "Jane Roe" to refer to the female complainant in the underlying disciplinary proceedings that are the subject of Plaintiff's Complaint. Any other student witnesses involved in the underlying disciplinary proceedings shall be referred to under pseudonyms as agreed to between the parties. It is further **ORDERED** that access to the actual identities in connection with this matter shall be limited to this Court and the Defendants.

**BY THE COURT:**

_____
, U.S.D.J.