UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>        Plaintiff,<br><br>        v.<br><br>UNIVERSITY OF MASSACHUSETTS<br>AMHERST et al,<br>        Defendants. | Civil Action No. 3:17-30145-MGM |

### SETTLEMENT ORDER OF DISMISSAL

MASTROIANNI, D.J.

The court, having been advised on August 27, 2018, that the above-entitled action has been settled, and informed by counsel on September 27, 2018 following the issuance of the Settlement Order of Dismissal at Dkt. No. 73, that settlement is expected to be consummated within thirty-five (35) days;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty-five (35) days if settlement is not consummated. The Order at Dkt. No. 73 is hereby VACATED.

By the Court,

/s/ Timothy J. Bartlett
Timothy J. Bartlett
Deputy Clerk