IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOHN DOE**,<br>          **Plaintiff**,<br><br>v.<br><br>**UNIVERSITY OF MASSACHUSETTS AMHERST**, **LOUIS B. WARD**, *Assistant Dean of Students, sued in his individual and official capacities,* **PATRICIA CARDOSO-ERASE,** *Associate Dean of Students, sued in her individual and official capacities,* **DEBORA D. FERREIRA,** *Title IX Coordinator, sued in her individual and official capacities,*<br>          **Defendants**. | NO. 3:17-cv-30145-MGM |

## STIPULATION OF DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice, and without costs pursuant to Fed.R.Civ.P. 41(a)(1).

Dated this 17th day of October, 2018.

                                                  Patricia M. Hamill, Esq.

                                                  */s/ Patricia M. Hamill*
                                                  *Attorney for Plaintiff, John Doe*


                                                  Denise Barton, Esq.

                                                  */s/ Denise Barton*
                                                  *Attorney for Defendants, University of Massachusetts Amherst, Louis B. Ward, Patricia Cardoso-Erase, and Deborah D. Ferreira*